UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

Plaintiff,

v.

WARDEN, RJ DONOVAN,

Defendant.

Case No. 2:26-cv-0985-JDP (P)

ORDER

Plaintiff, a state prisoner proceeding without counsel, is incarcerated at the R.J. Donovan Correctional Facility and has named, as his only defendant, the warden of that institution.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, it appears that plaintiff's claims arose in San Diego County, and the only defendant resides in that county. Thus, venue properly lies in the Southern District of California. 28 U.S.C. § 84 (d). For the convenience of the parties and witnesses and in the interests of

1

justice, this case will be transferred to the Southern District of California. *See* 28 U.S.C. § 1391(b).

Accordingly, it is hereby ORDERED that this case is transferred to the United States District Court for the Southern District of California.

IT IS SO ORDERED.


Dated:    March 24, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2